# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THORNE HUCK et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTRYWIDE HOME LOANS, INC. et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> RAFAEL GUTIERREZ et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PINNACLE FINANCIAL CORP. et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> CHRISTOPHER J. SIEBEN et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FIRST NATIONAL BANK OF NEVADA et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> SALLY KELLEY et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GENUINE TITLE et al, ) <br> ) <br> Defendants. ) <br> _____ ) | 3:09-cv-00643-RCJ-VPC <br> 3:10-cv-00054-RCJ-VPC <br> 3:10-cv-00173-RCJ-VPC <br> 3:10-cv-00192-RCJ-VPC <br><br> **ORDER** |

These cases arises out the foreclosure of Plaintiffs' mortgages. In each of the above-captioned cases, the Court has dismissed any claims remanded from Judge Teilborg in multi-district litigation Case No. 09-md-2119, the Court of Appeals has affirmed Judge Teilborg's dismissal of the transferred claims, and no further appeals have been taken. Defendants have therefore asked the Court to expunge the relevant lis pendens and close the cases. No Plaintiff has timely responded.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions to Expunge Lis Pendens (ECF No. 50 in Case No. 3:09-cv-643, ECF No. 46 in Case No. 3:10-cv-54, ECF No. 65 in Case No. 3:10-cv-173, and ECF No. 40 in Case No. 3:10-cv-192) are GRANTED.

IT IS FURTHER ORDERED that the following lis pendens are EXPUNGED:

1. Document Nos. 447287 and 448666 in the Lyon County Recorder's Office.

2. Document No. 3835855 in the Washoe County Recorder's Office.

3. Document No. 397976 in the Carson City Recorder's Office.

4. Document No. 3859747 in the Washoe County Recorder's Office.

IT IS FURTHER ORDERED that the Clerk shall close the above-captioned cases and enter this Order into the dockets of each of them.

IT IS SO ORDERED.

Dated this 19th day of November, 2014.

_____
ROBERT C. JONES
United States District Judge